UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| HYUNDAI HEAVY INDUSTRIES CO., LTD., | ) |
| Plaintiff, | ) |
| HYOSUNG CORPORATION, ILJIN ELECTRIC CO. LTD., | ) |
| Consolidated Plaintiffs, | ) |
| v. | ) Consol. Court No. 18-00066 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and, | ) |
| ABB INC., | ) |
| Defendant-Intervenors. | ) |

## MOTION FOR LEAVE TO AMEND
## ADMINISTRATIVE RECORD INDICES

Pursuant to Rule 7(b) of the Rules of this Court, defendant, the United States, respectfully requests that the Court grant leave to the Department of Commerce (Commerce) to amend the indices of the administrative record generated as a result of the remand in this matter. ECF Nos. 93-1, 93-2.

On December 20, 2019, Commerce filed the remand administrative record index pursuant to Rule 56.2(h)(1) of the Rules of this Court. ECF Doc. No. 93. It has come to Commerce's attention that the remand administrative case brief for defendant-intervenor ABB Inc. (ABB) was inadvertently omitted from the indices to the remand administrative record. The error occurred

because the brief was filed in an incorrect segment of the proceeding, and thus was not included in the remand record indices when generated from Commerce's records system.

ABB's remand administrative case brief was, in fact, reviewed and considered by Commerce in its final remand result. *See Final Results of Redetermination Pursuant to Court Remand*, January 15, 2020, ECF No. 91(Confidential) and 92 (Public). Accordingly, the record indices should be amended to include ABB's remand administrative case brief.

Counsel for Hyundai Heavy Industries Company, Hyosung Heavy Industries Corporation, and ABB have each indicated that they consent to this motion. Iljin Electric Company has indicted that it does not oppose this motion.

For these reasons, we respectfully request that the Court grant Commerce leave to file amended record indices.

                                            Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            JEANNE E. DAVIDSON
                                            Director

                                            /s/ L. Misha Preheim
                                            L. MISHA PREHEIM
                                            Assistant Director

OF COUNSEL:                           /s/ Kelly A. Krystyniak
                                            KELLY KRYSTYNIAK
DAVID RICHARDSON                 Trial Attorney
Attorney                                              U.S. Department of Justice
Office of the Chief Counsel for Trade     Civil Division
Enforcement and Compliance
U.S. Department of Commerce

May 12, 2020                                            *Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 2(b) of the Court's Standard Chambers Procedures, defendant's counsel certifies that defendant's motion in this matter complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which the motion was prepared, this brief contains a total of 517 words.

s/ Kelly A. Krystyniak

May 12, 2020

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE:  THE HONORABLE MARK A. BARNETT, JUDGE**

|  |  |
|---|---|
| HYUNDAI HEAVY INDUSTRIES CO., LTD., *et al.*, ) ) ) |  |
| Plaintiffs, ) ) |  |
| v. ) ) | Court No. 18-00066 |
| UNITED STATES, ) ) |  |
| Defendant, ) ) |  |
| and ) ) |  |
| ABB INCORPORATED, ) ) |  |
| Defendant-Intervenor. ) ) |  |

## **ORDER**

Upon consideration of defendant's motion to file amended administrative record indices, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the Department of Commerce shall file the amended indices within three (3) days of entry of this order.

_____

JUDGE

Dated: