## UNITED STATES COURT OF INTERNATIONAL TRADE

HYUNDAI HEAVY INDUSTRIES CO., LTD.,

      Plaintiff,

  and

HYOSUNG CORPORATION AND ILJIN
ELECTRIC CO., LTD.,

      Consolidated Plaintiffs,

  v.

UNITED STATES,

      Defendant,

  and

ABB INC.,

      Defendant-Intervenor.

Before: Mark A. Barnett, Judge
Consol. Court No. 18-00066

## ORDER

Upon consideration of defendant's motion to file amended administrative record indices, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the U. S. Department of Commerce shall file the amended indices on or before May 15, 2020.

/s/      Mark A. Barnett
Mark A. Barnett, Judge

Dated: May 12, 2020
      New York, New York