**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:   THE HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| HYUNDAI HEAVY INDUSTRIES CO., LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| HYOSUNG CORPORATION AND ILJIN ELECTRIC CO., LTD., | )<br>)<br>) |
| Consolidated Plaintiffs, | )<br>) |
| v. | )   Consol. Ct. No. 18-00066 |
| UNITED STATES, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| ABB INC., | )<br>) |
| Defendant-Intervenor. | ) |

## MOTION TO AMEND CAPTION

On behalf of Defendant-Intervenor ABB Inc. and pursuant to Rule 7 of the Rules of the United States Court of International Trade, we respectfully request that this Court amend the caption in the above-referenced civil action, to reflect changes in the status of the Defendant-Intervenor.

Specifically, Defendant-Intervenor requests the following amendment to the caption:

1. Change the name "ABB Inc." to "ABB Enterprise Software Inc."

For the foregoing reasons, it is respectfully requested that this Court grant this Motion and issue an order amending the caption of the subject appeal. A proposed order is attached hereto.

Respectfully submitted,

/s/ Melissa M. Brewer\_\_\_\_
R. ALAN LUBERDA
DAVID C. SMITH
MELISSA M. BREWER
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400

Counsel for Defendant-Intervenor

Dated: November 2, 2020

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| HYUNDAI HEAVY INDUSTRIES CO., LTD., <br>     Plaintiff, <br> and <br> HYOSUNG CORPORATION AND ILJIN ELECTRIC CO., LTD., <br>     Consolidated Plaintiffs, <br> v. <br> UNITED STATES, <br>     Defendant, <br> and <br> ABB INC., <br>     Defendant-Intervenor. | Consol. Ct. No. 18-00066 |

**ORDER**

Upon consideration of Defendant-Intervenor's Motion to Amend Caption, it is hereby

**ORDERED,** that the Motion to Amend Caption is **GRANTED**

 

_____
MARK A. BARNETT

Dated: _____, 2020
    New York, New York