# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BARNETT, JUDGE

|  |  |
|---|---|
| HYUNDAI HEAVY INDUSTRIES CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| HYOSUNG CORPORATION AND ILJIN ELECTRIC CO., LTD., | ) ) ) ) |
| Consolidated Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| ABB INC., | ) ) |
| Defendant-Intervenor. | ) ) |

Consol. Ct. No. 18-00066

## ORDER

Upon consideration of Defendant-Intervenor's Motion to Amend Caption, it is hereby

**ORDERED,** that the Motion to Amend Caption is **GRANTED**

/S/      Mark A. Barnett
MARK A. BARNETT

Dated:  November 3, 2020
    New York, New York