FORM 18-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **HYUNDAI HEAVY INDUSTRIES CO., LTD.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Court No. 18-00066** |
| ) | **(and Attached Schedule)** |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

      Leslie Claire Bailey       declares that (check one)

1)     TERMINATION BY INDIVIDUAL

I am an attorney representing or retained on behalf of the parties indicated in the actions listed on the attached schedule. I hereby give notice that I am no longer involved in the litigation in this action and those actions listed on the attached schedule, and, therefore, I have terminated my access to Business Proprietary Information in such actions. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing business proprietary information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

      N/A                                  N/A
(Name of proceeding)            (Case or investigation no.)

FORM 18-2

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action and those actions listed on the attached schedule or in the administrative proceedings that gave rise to the actions to any person.

/s/ Leslie C. Bailey
Leslie C. Bailey
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 942-6292

Date:   May 3, 2022

FORM 18-3

## Schedule to Notification of Termination of Access
## To Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 18-00066 | Hyundai Heavy Industries Co., Ltd. v. United States | Hyosung Heavy Industries Corporation |
| 18-00083 | NEXTEEL Co., Ltd. v. United States | NEXTEEL Co., Ltd. |
| 18-00154 | Hyundai Steel Company v. United States | Hyundai Steel Company |
| 19-00086 | SeAH Steel Corporation v. United States | NEXTEEL Co., Ltd.; Hyundai Steel Company |
| 19-00092 | NEXTEEL Co., Ltd. v. United States | NEXTEEL Co., Ltd.; Hyundai Steel Company |
| 19-00099 | Hyundai Steel Company v. United States | Hyundai Steel Company |
| 19-00107 | Husteel Co., Ltd. v. United States | NEXTEEL Co., Ltd |
| 20-03687 | PT. Kenertec Power System v. United States | PT. Kenertec Power System |
| 20-03868 | NEXTEEL Co., Ltd. v. United States | NEXTEEL Co., Ltd. |
| 20-03898 | NEXTEEL Co., Ltd. v. United States | NEXTEEL Co., Ltd. |
| 21-00277 | PT. Zinus Global Indonesia v. United States | PT. Zinus Global Indonesia |