# United States Court of Appeals for the Federal Circuit

_____

**HYUNDAI ELECTRIC & ENERGY SYSTEMS, FKA HYUNDAI HEAVY INDUSTRIES CO., LTD.,**
*Plaintiff-Appellee*

**ILJIN ELECTRIC CO., LTD., HYOSUNG HEAVY INDUSTRIES CORPORATION, FKA HYOSUNG CORPORATION,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant*

**HITACHI ENERGY USA INC., FKA ABB ENTERPRISE SOFTWARE INC.,**
*Defendant-Appellant*

_____

2021-2312

_____

Appeal from the United States Court of International Trade in No. 1:18-cv-00066-MAB, Judge Mark A. Barnett.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered August 11, 2022, and pursuant to Rule 41 of the Federal

Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 19, 2022  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
Clerk of Court